**Marco Antonio GONZALES–NEYRA, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 96–70467.

United States Court of Appeals, Ninth Circuit.

Jan. 6, 1998.

ORDER

The opinion filed on September 15, 1997 [122 F.3d 1293] is amended as follows:

The sentence at page 12060, lines 9–13 [122 F.3d at 1296], which reads:

"Because we conclude that Gonzales–Neyra established past persecution on account of his political opinion, we also hold that he was entitled to a rebuttable presumption that he had a well-founded fear that he would be similarly persecuted in the future."

is replaced by:

"Regardless of whether Gonzales–Neyra established past persecution on account of

his political opinion, he established a well-founded fear of future persecution."

The Petition for Rehearing is denied.